IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| BURT HUNTER AND NANCY E. ) | |
| KELLEY-HUNTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **COMPLAINT**

The United States of America, at the direction of the Attorney General of the United States, and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, brings this action to collect outstanding civil penalties assessed against defendants Burt Hunter and Nancy Kelley-Hunter (the "Defendants") for their failure to timely report their financial interest in a foreign bank account as required by 31 U.S.C. § 5314 and its implementing regulations.

**Jurisdiction and Venue**

1. This Court has jurisdiction under (i) 28 U.S.C. § 1331 because this action arises under a federal statute; (ii) 28 U.S.C. § 1345 because the United States is the plaintiff; and (iii) 28 U.S.C. § 1355(a) because this is an action for the recovery of a penalty imposed under an Act of Congress.

2. Venue properly lies in this district under 28 U.S.C. § 1391(c)(3) because the Defendants reside in France and there is no other district in which a substantial part of the events or omissions giving rise to the claim occurred or in which a substantial part of the property that is the subject of this action is situated.

**The Defendants' Failure to Timely Report
Their Financial Interest in a Swiss Bank Account**

3. During 2007, the Defendants, who are U.S. citizens, had a financial interest in an investment account at UBS AG in Switzerland (the "Swiss UBS Account").

4. The Defendants did not hold the Swiss UBS Account in their own name. During 2007, they held the account in the name of Towers International Inc. ("Towers"). Towers is a shell corporation established under the laws of the nation of Mauritius and controlled by a single bearer share. At all times, the Defendants controlled Towers; were the beneficial owner of the Swiss USB Account; maintained signature authority over the account; and controlled the disposition of assets in the account by direct communication with UBS.

5. United States citizens are required to report their interests in foreign financial accounts to the Internal Revenue Service (the "Service"). Section 5314 of Title 31 of the U.S. Code requires the Secretary of the Treasury to implement regulations specifying the nature and form of such reporting. Under the statute's implementing regulations, 31 C.F.R. § 1010.350(a), "[e]ach United States person having a financial interest in, or signature or other authority over, a bank, securities, or other financial account in a foreign country shall report such relationship" to the Service for each year in which such relationship exists.

6. To fulfill this requirement, a person must file a Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts, commonly known as an "FBAR." *Id.* FBARs for 2007 were due by June 30, 2008. 31 C.F.R. § 1010.306(c).

7. The balance of the Swiss UBS Account on December 31, 2007 was $3,430,500. The balance of the Swiss UBS Account was at all times relevant to this action greater than $10,000.

8.      Pursuant to 31 C.F.R. § 1010.306(c), the Defendants were required to file an FBAR reporting their financial interest in the Swiss UBS Account for 2007 on or before June 30, 2008.

9.      The Defendants did not file an FBAR reporting their financial interest in the Swiss USB Account for 2007.  The Defendants also failed to acknowledge the existence of the account and income derived from it on their federal income tax return for 2007.

10.     The Defendants' failure to timely report their financial interest in the Swiss UBS Account was willful.

11.     Defendant Nancy Kelley-Hunter prepared and filed the Defendants' 2007 joint federal income tax return, which was sworn and subscribed to by both of the defendants.

12.     The Defendants represented on their 2007 tax return that they did not have an interest in a foreign financial account, despite the fact that they acknowledged the existence of other foreign accounts—and filed corresponding FBARs—on eleven prior occasions.  The Defendants' joint tax return for 2007 did not report any income earned from the Swiss UBS Account.

## Claim for Relief: Reduction of Civil Penalties to Judgment

13.     Section 5321(a)(5) of Title 31, United States Code, provides for the imposition of civil penalties against taxpayers who willful failure to comply with the reporting requirements of section 5314.  For willful violations, the Service may assess up to 50% of the balance of the account at the time of the violation, or $100,000, whichever is greater.  *Id.*

14.     Due to the Defendants' willful failure to file an FBAR for 2007 that reported their financial interest in the Swiss UBS Account, the Service notified the Defendants by letter dated

June 4, 2013 that it was proposing a penalty against them for violating the FBAR requirements for the Swiss UBS Account.

15. The taxpayers filed no appeal in response to the proposed assessments of the FBAR penalties.

16. Based on the above, the Service assessed each taxpayer $1,715,250 on December 11, 2013 pursuant to 31 U.S.C. § 5321(a)(5).  The assessments each constituted 50% of the balance of the account on December 31, 2007.  December 31, 2007 is the date closest to the violation for which the Service was able to obtain records showing the balance of the account.

17. By letters dated December 11, 2013, the Service notified the Defendants of the assessments and demanded payment.  The Defendants did not make payment or otherwise respond.

18. Despite notice and demand for payment, the Defendants have failed to pay the full amount of the penalties assessed against them.  As a result, interest and penalties have accrued pursuant to 31 U.S.C. § 3717 since the date of the assessments and will continue to accrue until the penalty is paid.

19. After the Service assessed the penalties against the Defendants, it issued interim guidance regarding the imposition of FBAR penalties against co-owners of a foreign financial account.  (*See* Memorandum, *Interim Guidance for Report of Foreign Bank and Financial Accounts Penalties*, IRS Control No. SBSE-04-0515-0025 (May 13, 2015) at p.4, *available at* www.IRS.gov).  The interim guidance specifies that the calculation of FBAR penalties against co-owners shall be based on each co-owner's percentage of ownership of the account (or divided equally among the co-owners if such percentage is unable to be determined).

20.     Because each defendant in this action owned 50% of the Swiss UBS Account, the Service seeks to impose a penalty of $857,625 against each defendant, representing a 50% penalty on each defendant's 50% ownership of the account.

WHEREFORE, the United States of America requests that the Court:

A.      Enter judgment against Burt Hunter and in favor of the United States in the amount of $857,625 for the penalties assessed against him under 31 U.S.C. § 5321(a)(5), plus further interest and statutory additions thereon as allowed by law from December 11, 2013 to the date of payment;

B.      Enter judgment against Nancy Kelley-Hunter and in favor of the United States in the amount of $857,625 for the penalties assessed against her under 31 U.S.C. § 5321(a)(5), plus further interest and statutory additions thereon as allowed by law from December 11, 2013 to the date of payment; and

B.      Award the United States its costs incurred in connection with this action, along with such other relief as justice requires.

Dated: December 10, 2015                        Respectfully submitted,

                                                CAROLINE D. CIRAOLO
                                                Acting Assistant Attorney General
                                                Tax Division, U.S. Department of Justice

                                        By:     /s/ Nelson Wagner
                                                NELSON WAGNER
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, D.C. 20044
                                                Telephone: (202) 616-3369
                                                Fax: (202) 514-6866
                                                D.C. Bar. No. 989413
                                                Nelson.Wagner@usdoj.gov